Wilson's Admr. *against* Hines and Hines. *December*, 1824.

THE Chief Justice delivered the opinion of the Court.
On the trial of this cause in the Court below, the de-
fendants offered in evidence a written statement of a con-
tract different from the one declared on ; and offered to
prove by one *Gray*, that before the commencement of this
suit, at a time when the parties were about to submit the
matter of controversy between them to an arbitration, the
plaintiffs had admitted that the written statement offered
set forth the contract as it was understood by them, but re-

Admissions
made when about
to submit a cause
to arbitration, not
evidence in a suit
afterwards
brought against
party making
them.

fused to put their names to it, as they apprehended that it might be used against them ; agreeing, however, that it might go to the arbitrators as evidence of the contract. This testimony was rejected, which is the matter here assigned as Error.

It is a general rule of evidence that the admissions of a party are to be taken as evidence against himself. But if they are made with a view to a compromise, the party making them will not afterwards in a Court of law be concluded thereby. Most men, not of litigious disposition, would be willing to surrender a part of what they consider to be their rights in order to adjust a controversy ; and if admissions made under such circumstances could be given in evidence on the trial at law, offers of compromise would often be made with no other view than to obtain such an advantage. The testimony offered was therefore correctly rejected.

Let the judgment be affirmed.

Judge *Ellis* having presided in the Court below, did not sit.

*Wm. B. Martin* for plaintiff.

*Mc'Kinley* and *Hutchinson* for defendants in Error.